1  Guy Ruttenberg, Bar No. 207937
   guy@ruttenbergiplaw.com
2  Bassil Madanat, Bar No. 285280
   bassil@ruttenbergiplaw.com
3  RUTTENBERG IP LAW,
   A PROFESSIONAL CORPORATION
4  1801 Century Park East, Suite 1920
5  Los Angeles, CA 90067
   Telephone: (310) 627-2270
6  Facsimile: (310) 627-2260

7  *Attorneys for Plaintiff Drop Stop LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| DROP STOP LLC,<br>*a California Limited Liability Company*,<br><br>Plaintiff,<br><br>v.<br><br>JIAN QING "JOHNNY" ZHU, *an individual*; ZAKE INTERNATIONAL INC., *an Indiana Corporation*; ZAKE USA, *an unincorporated entity*; 3BTECH, INC., *an Indiana Corporation*; and SHENZHEN ZHOUWU TECHNOLOGY CO., LTD., *a Chinese Limited Company*.<br><br>Defendants. | Case No. 2:16-cv-07916 AG(SSx)<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION TO EXTEND BRIEFING SCHEDULE IN LIGHT OF THE HOLIDAYS**<br><br>Date:         N/A<br>Time:        N/A<br>Courtroom:   10D<br><br>Judge: Hon. Andrew J. Guilford |
|---|---|

For the reasons set forth below, Plaintiff Drop Stop LLC hereby moves *ex parte* to extend the briefing schedule of Defendants' Motion to Set Aside Entry of Default. This extension does not prejudice any parties in this case and does not negatively affect the progress of this litigation, as a scheduling Order has yet to be issued by this Court. The parties have met and conferred regarding the proposed extension, and Defendants have indicated that they oppose Plaintiff's request.

This request is supported by good cause in light of the religious holidays in December and the coming New Year. Further, Plaintiff intends to file a cross-motion (in addition to an opposition) in response to Defendants' Motion to Set Aside Entry of Default, and it may be efficient for the Court to hear both motions at once.

### Brief Procedural Background

Plaintiff filed this litigation on October 24, 2016 against Defendants Jian Qing "Johnny" Zhu, Zake International Inc., Zake USA, 3BTECH, Inc. and Shenzhen Zhouwu Technology Co., Ltd. (collectively, "Defendants"). (Dkt. No. 1). Plaintiff properly filed proofs of service for each Defendant in November 2016. (Dkt. Nos. 14-18). On December 2, 2016, this Court entered default against all Defendants. (Dkt. No. 20). On December 21, 2016, Defendants filed a Motion to Set Aside Entry of Default, which is currently pending. (Dkt. No. 23). With a noticed hearing date of January 23, 2017, Plaintiff's opposition would be due on December 30, 2016.[1] In light of the religious holidays and other issues, and because the parties are unable to resolve the issue through stipulation, Plaintiff now moves the court *ex parte* to extend the current briefing schedule.

### The Parties' Meet and Confer Efforts

On December 23, 2016, Plaintiff's counsel, Guy Ruttenberg, attempted to reach Defendants' counsel, Tommy Wang, at his office and on his mobile phone in

---

[1] Based on the noticed hearing date, Plaintiff's response would be due January 2, 2017. Because that date is an observed holiday, Plaintiff's response is effectively due three days earlier, on December 30, 2016.

order to discuss a proposed extension to the briefing schedule of Defendants' Motion to Set Aside Entry of Default.  (Ruttenberg Dec. ¶ 4).  Unable to reach Mr. Wang by phone, Mr. Ruttenberg emailed Mr. Wang and his associate requesting an extension to the briefing schedule.  (*Id.* ¶ 5).  Specifically, Mr. Ruttenberg informed counsel that Plaintiff would need additional time to respond to Defendants' motion in light of the holidays.  (*Id.*).  Mr. Ruttenberg also advised Mr. Wang that Plaintiff intends to file a cross-motion for preliminary injunction and for leave to initiate discovery as to damages issues and to identify related parties that are acting in concert with the existing defendants.  (*Id.*).  In light of these issues, Mr. Ruttenberg proposed to extend the briefing schedule as follows:

- January 9, 2017: Plaintiff to file opposition and cross-motion;
- January 16, 2017: Defendants to file any reply and cross-opposition;
- January 23, 2017: Plaintiff to file a reply in support of its cross-motion.
- February 6, 2017: Noticed hearing date on both motions.

(*Id.* ¶ 6).  Bassil Madanat, also counsel for Plaintiff, followed-up to Mr. Ruttenberg's email by sending Mr. Wang a draft joint stipulation extending the parties' briefing schedule.  (*Id.* ¶ 7).

Five days later, on December 28, 2016, Mr. Wang responded to Plaintiff's request indicating that Defendants would not stipulate to extending the briefing schedule if Plaintiff intends to cross-move the court to start discovery.[2] (*Id.* ¶ 8).  In response, Mr. Ruttenberg clarified that the proposed stipulation relates only to scheduling and attempted to verify that Defendants oppose the request.  (*Id.* ¶ 9).  Mr. Wang has not responded to Mr. Ruttenberg's latest request.  (*Id.*).  Because of the

---

[2] Mr. Wang contends that discovery cannot begin because the Defendants were purportedly not properly served.  This contention is belied by Plaintiff's proofs of service, and in any case, this issue will be addressed in the parties' briefing.

2
EX PARTE APPLICATION TO EXTEND BRIEFING SCHEDULE

impending deadline for Plaintiff to respond to Defendants' motion, Plaintiff is now forced to move the Court *ex parte* to extend the briefing schedule.

The contact information for Defendants' counsel is included in the Declaration filed herewith. (*Id.* ¶ 10).

As discussed above, Plaintiff believes this modest extension will not prejudice any of the parties in this case, and will not affect any milestones in this litigation. To be sure, this Court has yet to issue its scheduling Order and discovery has yet to commence. Moreover, Mr. Wang has not specified any harm this extension would cause Defendants. Accordingly, in light of the ongoing religious holidays, upcoming New Year and Plaintiff's intention to file a cross-motion, Plaintiff respectfully requests that this Court extend the briefing schedule for Defendants' Motion to Set Aside Entry of Default, in the manner outlined above.

DATED: December 28, 2016   By:   */s/ Guy Ruttenberg*
Guy Ruttenberg
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
guy@ruttenbergiplaw.com
*Attorney for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I certify that I caused to be served counsel of record on December 28, 2016 with PLAINTIFF'S EX PARTE APPLICATION TO EXTEND BRIEFING SCHEDULE IN LIGHT OF THE HOLIDAYS via CM/ECF.

Executed on December 28, 2016 in Los Angeles, California.

By: */s/ Guy Ruttenberg*
GUY RUTTENBERG