Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Bassil Madanat, Bar No. 285280
bassil@ruttenbergiplaw.com
Daniel Kadin, Bar No. 311471
daniel@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Drop Stop LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROP STOP LLC, *a California Limited Liability Company*,<br><br>Plaintiff,<br><br>v.<br><br>JIAN QING "JOHNNY" ZHU, *an individual*; ZAKE INTERNATIONAL INC., *an Indiana Corporation*; ZAKE USA, *an unincorporated entity*; 3BTECH, INC., *an Indiana Corporation*; and SHENZHEN ZHOUWU TECHNOLOGY CO., LTD., *a Chinese Limited Company*.<br><br>Defendants. | Case No. 2:16-cv-07916 AG(SSx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSES**<br><br>Date:         June 19, 2017<br>Time:         10:00 am<br>Courtroom:   10D<br><br>Discovery Cut-Off:       July 3, 2017<br>Pre-Trial Conference:    October 2, 2017<br>Trial Date:              October 17, 2017<br><br>Judge: Hon. Andrew J. Guilford |

**PLEASE TAKE NOTICE** that on June 19, 2017 at 10:00 a.m., or as soon thereafter as the Court allows, in Courtroom 10D, located at 411 West 4th Street, Room 1053 Santa Ana, CA 92701-4516, Plaintiff Drop Stop LLC ("Plaintiff") will and hereby moves the Court to dismiss Defendants' Amended Counterclaims and to strike Defendants' Affirmative Defenses.

This motion is based on this Notice of Motion and the Memorandum of Points and Authorities in Support thereof, all attached exhibits, all other pleadings and papers on record in this action, and such other matters as the Court deems proper.

Pursuant to Local Rule 37-1, counsel for Plaintiff met and conferred with Defendants regarding this motion on May 2, 2017.

DATED: May 19, 2017     By:     */s/ Guy Ruttenberg*

Guy Ruttenberg
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
guy@ruttenbergiplaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I caused to be served counsel of record on May 19, 2017 with PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSES via CM/ECF.

Executed on May 19, 2017 in Los Angeles, California.

By: */s/ Guy Ruttenberg*
GUY RUTTENBERG

K. Kevin Mun
kmun@meimark.com
Lei Mei
mei@meimark.com
Mei & Mark LLP
818 18th Street NW, Suite 410,
Washington, DC 20006
Tel: 888-860-5678 x720