1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DROP STOP LLC, *a California Limited Liability Company*,<br><br>    Plaintiff,<br><br>    v.<br><br>JIAN QING "JOHNNY" ZHU, *an individual*; ZAKE INTERNATIONAL INC., *an Indiana Corporation*; ZAKE USA, *an unincorporated entity*; 3BTECH, INC., *an Indiana Corporation*; SHENZHEN ZHOUWU TECHNOLOGY CO., LTD., *a Chinese Limited Company*; and TAIWU KEJI CO., LTD., *a Chinese Limited Company*.<br><br>    Defendants. | Case No. 2:16-cv-07916 AG(SSx)<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSES**<br><br>Judge: Hon. Andrew J. Guilford |

The Court, having considered Plaintiff Drop Stop LLC's Motion to Dismiss Defendants' Amended Counterclaims and Strike Affirmative Defenses, as well as any opposition thereto, hereby GRANTS the motion.

1. Defendants' First through Fourth Counterclaims are DISMISSED with prejudice under Fed. R. Civ. P. 12(b)(6).
2. Defendants' First through Eighth Affirmative Defenses are STRICKEN under Fed R. Civ. P. 12(f).

IT IS SO ORDERED.

DATED: _____   By: _____
                             Hon. Andrew J. Guilford

(PROPOSED) ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS